LORENZ REICH, Appellant, v. EVA S. COCHRAN et al., as Executors and Trustees under the Will of WILLIAM F. COCHRAN, Deceased, Respondents.

(Submitted October 2, 1911 ; decided October 10, 1911.)

Motion for re-argument denied, with ten dollars costs. (See 201 N. Y. 450.)

---

SAMUEL J. STIEBEL et al., Respondents, v. JOHN GROSBERG, Appellant.

(Submitted October 2, 1911; decided October 10, 1911.)

Motion for re-argument denied, with ten dollars costs. (See 202 N. Y. 266.)

---

JANE DARCY, Appellant, v. THE PRESBYTERIAN HOSPITAL IN THE CITY OF NEW YORK, Respondent.

(Submitted June 13, 1911; decided October 10, 1911.)

Motion for re-argument denied, with ten dollars costs. (See 202 N. Y. 259.)

---

EMMA E. NESTELL, Appellant, v. CHARLES H. HART et al., Respondents.

(Submitted June 12, 1911; decided October 10, 1911.)

Motion for re-argument denied, with ten dollars costs. (See 202 N. Y. 280.)

---

RUSSELL DIXON, Respondent, v. JAMES J. COZINE, Appellant.

(Submitted October 2, 1911; decided October 10, 1911.)

Motion for re-argument denied, with ten dollars costs. (See 202 N. Y. 554.)